■ NAOMI REYES, Respondent, v RIVERSIDE PARK COMMUNITY (STAGE I), INC., et al., Appellants, et al., Defendants. [873 NYS2d 58]—

Order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered June 23, 2008, which denied defendants-appellants' motion for an order directing the issuance of a commission pursuant to CPLR 3108 to examine a nonparty witness in California, unanimously affirmed, with costs.

The motion court properly denied the motion since "absent allegations that the proposed out-of-State deponent would not cooperate with a notice of deposition or would not voluntarily come within this State or that 'the judicial imprimatur accompanying a commission will be necessary or helpful when the [designee] seeks the assistance of the foreign court in compelling the witness to attend the examination', the [appellants have] failed to demonstrate that a commission is 'necessary or convenient' " (*Susan A. v Steven J.A.*, 141 AD2d 790, 791 [1988] [citation omitted], quoting *Wiseman v American Motors Sales Corp.*, 103 AD2d 230, 235 [1984]; *see also Lewis v Baker*, 279 AD2d 380, 380-381 [2001]).

Motion seeking leave to strike portions of the reply brief denied.

Concur—Tom, J.P., Saxe, McGuire, Moskowitz and Freedman, JJ.